1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6838
7     FAX: (415) 436-7234
      Email: nahla.rajan@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )   No.  3-06-70207 BZ
                                     )
15         Plaintiff,                )
                                     )   XXXXXXXXX [PROPOSED] ORDER AND
16    v.                             )   STIPULATION EXTENDING TIME
                                     )   UNDER RULE 5.1 AND EXCLUDING
17  JOSE FRANCISCO OLMOS-LOPEZ,      )   TIME UNDER THE SPEEDY TRIAL ACT
    aka Noe Espita-Hernandez,        )
18                                   )
           Defendant.                )
19  _____ )

20  The parties stipulate and agree, and the Court finds and holds, as follows:

21         1.  The parties initially appeared on the instant matter March 28, 2006 for defendant's

22  initial appearance on the complaint.  On April 6, 2006, the parties appeared in front of the

23  Honorable James Larson for a detention hearing, and the matter was continued until April 26,

24  2006 for arraignment.

25         2.  On April 6, 2006, Assistant Public Defender Steven Kalar, who represents the

26  defendant, requested an exclusion of time from April 6, 2006 to April 26, 2006, based on

27  effective preparation and continuity of counsel.  The defendant agreed to an extension of time for

28  the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

1  time under the Speedy Trial Act.  The parties are involved in discussions which appear likely to

2  lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension

3  of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree

4  that the time from April 6, 2006 to April 26, 2006 should be extended under Rule 5.1(d) and

5  excluded in computing the time within which an information or indictment must be filed.  See 18

6  U.S.C. § 3161(h)(8)(A) and (B)(iv).

7      3.  In light of the foregoing facts, the failure to grant the requested exclusion would

8  unreasonably deny counsel for the defense the reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence.  See id.  The ends of justice would

10  be served by the Court excluding the proposed time period.  These ends outweigh the best

11  interest of the public and the defendant in a speedy trial.  See id.  § 3161(h)(8)(A).

12      4.  For the reasons stated, the time period from April 6, 2006 to April 26, 2006 is

13  extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial

14  Act, 18 U.S.C. § 3161(h)(8)(A).

15

16  IT IS SO STIPULATED.

17

18  DATED: _____                         Respectfully Submitted,

19

20                                                   /S/
              _____

21                NAHLA RAJAN
              Special Assistant United States Attorney

22

23  DATED: _____                         _____
                                           /S/

24                STEVEN KALAR
              Counsel for Jose Francisco Olmos-Lopez

25

26  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27

28  DATED: __4/24/06_____                _____
              HO_____
              ZI_____

STIPULATION AND PROPOSED ORDER
3-06-70207 BZ

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA